UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRANDON W. LANHAM,                                                   Plaintiff,

v.                                             Civil Action No. 3:17-cv-P332-DJH

LT. REYNOLDS,                                                  Defendant.

\* \* \* \* \*

## MEMORANDUM OPINION

Plaintiff Brandon W. Lanham, an inmate incarcerated at the Hardin County Detention Center, filed a *pro se*, *in forma pauperis* complaint pursuant to 42 U.S.C. § 1983. By Memorandum Opinion and Order entered September 6, 2017 (DN 5), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and granted Plaintiff 30 days within which to file an amended complaint which stated a claim entitling him to relief under § 1983. The Court warned Plaintiff that his failure to file an amended complaint within the time allotted would result in dismissal of the entire action with prejudice.

The 30-day period has expired without the filing of an amended complaint by Plaintiff. Accordingly, all claims will be dismissed by separate Order for failure to state a claim upon which relief may be granted.

Date: October 26, 2017

**David J. Hale, Judge**
**United States District Court**

cc:     Plaintiff, *pro se*
        Defendant
        Hardin County Attorney
4415.009